.

# EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| FURST-MCNESS COMPANY,<br>an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>KANSAS-SMITH FARMS, LLC,<br>a Kansas limited liability company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 20-cv-50358<br><br>District Judge Iain D. Johnston<br><br>Magistrate Judge Lisa A. Jensen<br><br>**JURY DEMAND** |

## ATTORNEY'S FEES AFFIDAVIT

| | |
|---|---|
| State of Illinois | ) |
| | ) ss. |
| County of Winnebago | ) |

I, Jamie S. Cassel, am in excess of eighteen (18) years of age and of sound mind, being first duly sworn upon oath, depose and state as follows:

1.    I am an attorney licensed to practice law in the State of Illinois.

2.    I am a Partner at Reno & Zahm LLP.

3.    Reno & Zahm LLP are the attorneys of record for the Plaintiff, FURST-MCNESS COMPANY, an Illinois corporation.

4.    Our firm's hourly rate for services rendered in connection with representing the Plaintiff is $300.00 to $395.00 per hour.

5.    The billing rates charged for our services in connection with this matter represent the regular rates we charge for comparable work, and based upon my experience are consistent with the prevailing rates charged by attorneys in the Rockford, Illinois, area.

6.     Our services in this matter have included a pre-suit investigation; preparing federal court pleadings; preparing the motion for default and the motion for default judgment.

7.     In relation to the services we have provided in this matter, Plaintiff has incurred the following expenses relating to the litigation: attorney's fees in the amount of $5,040.00; attorney's disbursements in the amount of $125.24; and court costs in the amount of $400.00.  A description of the attorney's fees is attached hereto as Exhibit "1."

8.     A summary of the attorneys' fees incurred by Plaintiff using the "lodestar" method is attached hereto as Exhibit "2."

9.     Based upon the foregoing, I believe that a total of $5,565.24 is a reasonable amount of fees and costs to be paid by the Defendant in this matter.

I declare under penalty of perjury that the foregoing is true and accurate. Executed on November 3, 2020.

By: Jamie S. Cassel, Esq.

2

| Date | Timekeeper | Rate | Billed Hours | Billed Discount | Billed Total | Narrative |
|---|---|---|---|---|---|---|
| 08/25/2020 | JSC | $ 395.00 | 0.50 | $ 40.40 | $ 157.10 | KANSAS - Communications with Mr. J. McLain regarding status of orders and invoices |
| 08/26/2020 | JHP | $ 300.00 | 1.80 | $ - | $ 540.00 | KANSAS - Attention to draft Complaint against Kansas-Smith Farms; research regarding ownership of same; receipt and review of D&B report. |
| 08/26/2020 | JSC | $ 395.00 | 0.30 | $ 24.24 | $ 94.26 | KANSAS - Communications with Mr. J. McLain regarding Iowa facility; communications with Mr. J. McLain regarding invoices. |
| 08/27/2020 | JSC | $ 395.00 | 1.60 | $ 129.27 | $ 502.73 | KANSAS - Prepare for and telephone conference with client. |
| 08/27/2020 | JHP | $ 300.00 | 2.00 | $ - | $ 600.00 | KANSAS - Telephone conference with Mr. J. McLain and Mr. S. England regarding Kansas-Smith Farms matter; receipt and review of of Credit Application and Agreement; attention to revisions to Complaint against Kansas-Smith Farms. |
| 08/31/2020 | JSC | $ 395.00 | 0.60 | $ 48.48 | $ 188.52 | KANSAS - Attention to venue and jurisdiction facts; attention to Complaint. |
| 09/01/2020 | JSC | $ 395.00 | 0.30 | $ 24.24 | $ 94.26 | KANSAS - Attention to Complaint. |
| 09/18/2020 | JSC | $ 395.00 | 0.00 | $ - | $ - | KANSAS - Communications regarding Kansas-Smith Farms matter. |
| 09/18/2020 | JHP | $ 300.00 | 0.40 | $ - | $ 120.00 | KANSAS - Receipt and review of correspondence regarding Kansas-Smith Farms' connections with Illinois; attention to revisions to Complaint. |
| 09/21/2020 | JSC | $ 395.00 | 0.80 | $ 64.64 | $ 251.36 | KANSAS - Numerous communications with Mr. J. McLain regarding factual issues and filing of receivership; telephone conference with Mr. J. McLain; attention to Complaint and filing of same. |
| 09/21/2020 | JHP | $ 300.00 | 0.20 | $ - | $ 60.00 | KANSAS - Attention to finalizing Complaint against Kansas-Smith Farms. |
| 09/22/2020 | JSC | $ 395.00 | 0.30 | $ 24.23 | $ 94.27 | KANSAS - Receipt and review of Order from Court regarding Complaint. |
| 10/07/2020 | JSC | $ 395.00 | 1.50 | $ - | $ 592.50 | KANSAS - Receipt and review of communications from Mr. J. McLain regarding sale of Kansas-Smith Farms; attention to research on sale, review tax records regarding conveyance of land, and review UCC search regarding secured lender; various communications with clients regarding findings. |
| 10/08/2020 | JSC | $ 395.00 | 0.75 | $ - | $ 296.25 | KANSAS - Correspondence to Sandy Road Farms regarding demand for asset purchase information; communications with clients regarding same. |
| 10/22/2020 | JHP | $300.00 | 0.30 | $ - | $ 90.00 | KANSAS - Attention to Motion for Default. |
| 10/28/2020 | JHP | $ 300.00 | 0.30 | $ - | $ 90.00 | KANSAS - Receipt and review of entry of default against Kansas-Smith Farms; attention to Motion for Default Judgment. |
| 10/29/2020 | JSC | $ 395.00 | 0.25 | $ - | $ 98.75 | KANSAS - Attention to entry of Judgment and related matters. |
| 10/30/2020 | JHP | $ 300.00 | 2.40 | $ - | $ 720.00 | KANSAS - Attention to Motion for Default Judgment, Affidavits in Support, and Proposed Order. |
| 11/02/2020 | JHP | $300.00 | 0.50 | | $ 150.00 | KANSAS - Attention to finalizing Motion for Default Judgment and Affidavits in support thereof. |
| 11/03/2020 | JHP | $300.00 | 1.00 | | $ 300.00 | KANSAS - Attention to finalizing Motion for Default Judgment and filing of same. |
| | | | 15.80 | | $ 5,040.00 | TOTAL ATTORNEY'S FEES |

| Date | | | | | Billed Total | Narrative |
|---|---|---|---|---|---|---|
| 9/21/2020 | | | | | $ 400.00 | Filing Fee: Complaint |
| | | | | | $ 400.00 | TOTAL COURT COSTS |

| Date | | | | | Billed Total | Narrative |
|---|---|---|---|---|---|---|
| 9/23/2020 | | | | | $ 83.30 | Process Server Fee: Service of Summons & Complaint upon Defendant |
| 10/15/2020 | | | | | $ 41.94 | Federal Express Package |
| | | | | | $ 125.24 | TOTAL DISBURSEMENTS |

$ 5,565.24   TOTAL ATTORNEY'S FEES, COURT COSTS, AND DISBURSEMENTS



EXHIBIT

1

| Attorney | Rate | Billed Hours | Amount | Billed Discount | Billed Total |
|----------|------|--------------|--------|-----------------|--------------|
| Jamie Cassel | $ 395.00 | 6.90 | $ 2,725.50 | $ 355.50 | $ 2,370.00 |
| Jeffrey Powell | $ 300.00 | 8.90 | $ 2,670.00 | $ - | $ 2,670.00 |
| | | 15.80 | $ 5,395.50 | $ 355.50 | $ 5,040.00 |

EXHIBIT

tabbies

2