IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Furst-McNess Company )  | | |
|     Plaintiff, ) | | Case No: 3:20 CV 50358 |
| ) | | |
| v. ) | | |
| ) | | Judge: Iain D. Johnston |
| Kansas-Smith Farms, LLC, ) | | |
|     Defendant. ) | | |

## **ORDER**

    On 12/7/2020 Magistrate Judge Jensen held a hearing on the Plaintiff's motion for a default judgment, which had been served on the defendant, but the defendant did not appear at the hearing. Based on proper service of the defendant, the entry of default, service of the default judgment motion, and the defendant's failure to appear to oppose the motion, Judge Jensen entered a Report and Recommendation that the motion for a default judgment be granted and that damages be awarded in the total amount of $619,859.28 consisting of $614,294.04 in unpaid invoices and late fees, and $5,565.24 in attorneys' fees and costs. [24] The defendant had until 12/21/2020 to object, but never did. In the absence of any objection, and having reviewed the Report and Recommendation, the Court accepts the recommendation and grants the motion for a default judgment [14]. Damages are awarded in the total amount of $619,859.28. Judgment shall enter. Civil case terminated.

Date: 12/22/2020                                                                /s/ Iain D. Johnston
                                                                                                             U.S. District Judge